IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIA VADIS, LLC | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SKYPE, INC., et al. | : | NO. 11-507 |

## ORDER

AND NOW, this 27th day of January, 2012, it is hereby ORDERED that Defendants' Motions to Dismiss (ECF Nos. 18 and 22) are GRANTED, without prejudice to Plaintiff filing a second amended complaint within thirty (30) days.

BY THE COURT:

_____
Michael M. Baylson, U.S.D.J.

O:\DE Cases\11-507 Via Vadis v Skype\Via Vadis Order MTD.wpd