IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIA VADIS, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-507 (MMB) |
| ) | |
| SKYPE, INC.; SKYPE COMMUNICATIONS ) | |
| SARL; SKYPE GLOBAL SARL; SKYPE ) | |
| SOFTWARE SARL; AND SKYPE ) | |
| TECHNOLOGIES, SA, ) | |
| ) | |
| Defendants. ) | |

**MOTION AND ORDER
FOR ADMISSION *PRO HAC VICE*** 

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Michael B. Eisenberg of KASOWITZ, BENSON, TORRES & FRIEDMAN LLP, 1633 Broadway, New York, NY 10019 to represent defendants Skype, Inc., Skype Communications SARL, Skype Global SARL, Skype Software SARL, and Skype Technologies, S.A. in this matter.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Skype, Inc., Skype Communications SARL, Skype Global SARL, Skype Software SARL, and Skype Technologies, S.A.*

February 21, 2011

## **ORDER GRANTING MOTION**

IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* of Michael B. Eisenberg is granted.

Dated: _____     _____
                                                                                  United States District Judge

## CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York and the District of Columbia and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 7/23/09, I further certify that the annual fee of $25.00 has been paid ☐ to the Clerk of Court, or, if not paid previously, the fee payment will be submitted ☒ to the Clerk's Office upon the filing of this motion.

Date: 2/13/12

Michael B. Eisenberg
KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
1633 Broadway
New York, NY  10019
(212) 506-1700

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 21, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to:

      Daniel A. Griffith, Esquire
      WHITEFORD TAYLOR PRESTON LLC

I further certify that I caused copies of the foregoing document to be served on February 21, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Daniel A. Griffith, Esquire<br>WHITEFORD TAYLOR PRESTON LLC<br>1220- North Market Street<br>Suite 608<br>Wilmington, De 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Martin M. Zoltick, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K Street NW<br>Suite 800<br>Washington, DC 20005<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Steven E. Tiller, Esquire<br>Edward M. Buxbaum, Esquire<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>Seven Saint Paul Street<br>Suite 1500<br>Baltimore, MD 21202-1636<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Robert J. Weltchek, Esquire<br>WELTCHEK, MALLAHMA & WELTCHEK, LLC<br>2330 West Joppa Road<br>Suite 203<br>Lutherville, MD 21093<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

            */s/ Rodger D. Smith II*
            Rodger D. Smith II (#3778)