IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIA VADIS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SKYPE, INC.; SKYPE ) <br> COMMUNICATIONS SARL; ) <br> SKYPE GLOBAL SARL; SKYPE ) <br> SOFTWARE SARL; AND ) <br> SKYPE TECHNOLOGIES, SA. ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.11-507-MMB <br><br> **JURY TRIAL DEMANDED** |

## JOINT STATUS REPORT

Plaintiff, Via Vadis, LLC ("Via Vadis"), and Defendants, Skype, Inc. ("Skype"), Skype Communications S.à r.l. ("SkypeC"), Skype Global S.à r.l. ("SkypeG"), Skype Software S.à r.l. ("SkypeS") and Skype Technologies, SA (SkypeT") (collectively, "Defendants"), by and through their undersigned counsel, hereby submit this Joint Status Report in accordance with the Court's February 13, 2012 Order.

1.  **Jurisdiction and Service**.

Plaintiff filed a Complaint on June 6, 2011, alleging patent infringement under 28 U.S.C. §§271, 281, and 283-285. Therefore, this Court has subject matter jurisdiction under 28 U.S.C. §§1331 and 1338(a). Dkt. 1. Personal jurisdiction over the Defendants is not disputed for purposes of this action. On July 29, 2011, Defendants filed a motion to dismiss the Complaint. Dkt. 8. On August 12, 2011, Via Vadis filed a First Amended Complaint. Dkt. 10. On August 29, 2011, Defendants filed a motion to dismiss the First Amended Complaint. Dkt. 18. On January 27, 2012,

the Court granted Defendants' motion to dismiss the First Amended Complaint without prejudice, and providing Plaintiff with thirty (30) days to file an amended complaint.  Dkt. 34.

Based on the Court's ruling, Plaintiff will file a Second Amended Complaint on or before February 26, 2012.  Defendants refused to accept service of the initial Complaint and First Amended Complaint, and, despite being requested to do so by Plaintiff, have not agreed to accept service of the Second Amended Complaint.  Accordingly, Plaintiff will again proceed through the mechanisms of the Hague Convention to serve the foreign Defendants.

    **2.**    **Statement of the Case**

This is a civil action for patent infringement.  Plaintiff's claims are based on the unauthorized and infringing manufacture, use, sale and/or offer for sale in the United States, and/or importation into the United States, by Defendants of their SKYPE peer-to-peer voice over internet protocol ("VOIP") communications systems, methods, products and services.  Plaintiff asserts that Defendants, either alone or in conjunction with others, have infringed, and continue to infringe, Via Vadis' U.S. Reissue Patent No. RE40,521 and U.S. Patent No. 7,904,680, both of which are entitled "Data Access Management System as well as a Method for Data Access and Data Management for a Computer System."  Via Vadis seeks, *inter alia*, monetary damages under 35 U.S.C. § 284 based on Defendants' infringing conduct.

    3.    **Other Matters**

None at this time.

Respectfully submitted,

/s/ Daniel A. Griffith
Daniel A. Griffith (DE# 4209)
Whiteford, Taylor & Preston LLC
1220 North Market Street
Suite 608
Wilmington, Delaware 19801
(302) 353-4144
dgriffith@wtplaw.com

Edward M. Buxbaum (admitted pro hac)
Steven E. Tiller (admitted pro hac)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
ebuxbaum@wtplaw.com
stiller@wtplaw.com

Martin M. Zoltick (admitted pro hac)
ROTHWELL, FIGG, ERNST &
MANBECK, P.C.
607 14th Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040
mzoltick@rothwellfigg.com

Robert J. Weltchek (admitted pro hac)
WELTCHEK MALLAHAN & WELTCHEK
2330 West Joppa Road, Suite 203
Lutherville, Maryland 21093
410-825-5287
rweltcheck@wmwlawfirm.com

***Attorneys for Plaintiff,
VIA VADIS, LLC***

Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
jblumenfeld@mnat.com

*Attorneys for Defendants*