IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIA VADIS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-507 (RGA) |
| | ) |
| SKYPE, INC.; SKYPE COMMUNICATIONS SARL; SKYPE GLOBAL SARL; SKYPE SOFTWARE SARL; SKYPE TECHNOLOGIES, SA, and MICROSOFT CORP., | ) |
| | ) |
| Defendants. | ) |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that the time for defendants to move, answer or otherwise respond to the Second Amended Complaint is extended until March 23, 2012.

| WHITEFORD TAYLOR PRESTON LLC | MORRIS, NICHOLS, ARSHT & TUNNELL LLP |
|---|---|
| */s/ Daniel A. Griffith* | */s/ Jack B. Blumenfeld* |
| Daniel A. Griffith (#4209) | Jack B. Blumenfeld (#1014) |
| 1220 North Market Street | Rodger D. Smith II (#3778) |
| Suite 608 | 1201 North Market Street |
| Wilmington, DE 19801 | P.O. Box 1347 |
| (302) 357-3254 | Wilmington, DE 19899-1347 |
| Dgriffith@wtplaw.com | (302) 658-9200 |
| | jblumenfeld@mnat.com |
| *Attorneys for Via Vadis, LLC* | rsmith@mnat.com |
| | *Attorneys for Defendants* |

SO ORDERED this _____ day of March 2012.

_____
United States District Court Judge