IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIA VADIS, LLC, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 11-507 (RGA) |
| | ) |
| SKYPE, INC.; SKYPE COMMUNICATIONS SARL; SKYPE GLOBAL SARL; SKYPE SOFTWARE SARL; SKYPE TECHNOLOGIES, SA, and MICROSOFT CORP., | ) |
| | ) |
| Defendants. | ) |

## MICROSOFT CORP.'S FED. R. CIV. P. 7.1 STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, Defendant Microsoft Corp. states that it has no parent company and no publicly held company owns 10% or more of its stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE  19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendant Microsoft Corp.*

OF COUNSEL:

Douglas E. Lumish
Parker C. Ankrum
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
333 Twin Dolphin Drive
Suite 200
Redwood Shores, CA 95064

Michael B. Eisenberg
Stefan R. Stoyanov
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY 10019

March 23, 2012
5825438.1

# **CERTIFICATE OF SERVICE**

I hereby certify that on March 23, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on March 23, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Daniel A. Griffith, Esquire<br>WHITEFORD TAYLOR PRESTON LLC<br>1220- North Market Street<br>Suite 608<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Martin M. Zoltick, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K Street NW<br>Suite 800<br>Washington, DC  20005<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Steven E. Tiller, Esquire<br>Edward M. Buxbaum, Esquire<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>Seven Saint Paul Street<br>Suite 1500<br>Baltimore, MD  21202-1636<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Robert J. Weltchek, Esquire<br>WELTCHEK, MALLAHMA & WELTCHEK, LLC<br>2330 West Joppa Road<br>Suite 203<br>Lutherville, MD  21093<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*

Jack B. Blumenfeld (#1014)