IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIA VADIS, LLC,<br><br>                     Plaintiff,<br><br>v.<br><br>SKYPE, INC.; SKYPE COMMUNICATIONS SARL; SKYPE GLOBAL SARL; SKYPE SOFTWARE SARL; SKYPE TECHNOLOGIES, SA, and MICROSOFT CORP.,<br><br>                     Defendants. | Civil Action No.11-507-RGA<br><br>DECLARATION |

**DECLARATION OF BEN ORNDORFF IN SUPPORT OF MICROSOFT'S MOTION TO DISMISS VIA VADIS'S CLAIMS AGAINST IT**

I, Ben Orndorff, hereby declare as follows:

1. I am Assistant Secretary of Microsoft Corporation, a Washington corporation with offices at One Microsoft Way, Redmond, Washington.

2. I have personal knowledge of the facts set forth herein, or have learned these facts first hand, and, if called and sworn as a witness, I could and would testify competently and from personal knowledge as to these facts.

3. Skype, Inc. is a corporation organized and existing under the laws of the State of Delaware.

4. Skype Communications S.à r.l. is a limited liability company organized and existing under the laws of Luxembourg.

5. Skype Global S.à r.l. is a limited liability company organized and existing under the laws of Luxembourg.

6. Skype Software S.à r.l. is a limited liability company organized and existing

1729343

under the laws of Luxembourg.

7. Skype Technologies, SA is a limited liability company organized and existing under the laws of Luxembourg.

8. Skype, Inc., Skype Communications S.à r.l., Skype Software S.à r.l., and Skype Technologies, SA are wholly owned subsidiaries of Skype Global S.à r.l.

9. Microsoft owns all of the issued and outstanding shares of Skype Global S.à r.l.

10. Microsoft Corp., Skype Global S.à r.l., Skype, Inc., Skype Communications S.à r.l., Skype Software S.à r.l., and Skype Technologies, SA, are each separate legal entities.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated: April 17, 2012.    By: _____
Ben Orndorff
Assistant Secretary

## CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on April 19, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Daniel A. Griffith, Esquire<br>WHITEFORD TAYLOR PRESTON LLC<br>1220- North Market Street<br>Suite 608<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Martin M. Zoltick, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>1425 K Street NW<br>Suite 800<br>Washington, DC  20005<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Steven E. Tiller, Esquire<br>Edward M. Buxbaum, Esquire<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>Seven Saint Paul Street<br>Suite 1500<br>Baltimore, MD  21202-1636<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Robert J. Weltchek, Esquire<br>WELTCHEK, MALLAHMA & WELTCHEK, LLC<br>2330 West Joppa Road<br>Suite 203<br>Lutherville, MD  21093<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Jack B. Blumenfeld*
Jack B. Blumenfeld (#1014)