IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIA VADIS, LLC, <br><br> Plaintiff, <br><br> v. <br><br> SKYPE, INC.; SKYPE COMMUNICATIONS SARL; SKYPE GLOBAL SARL; SKYPE SOFTWARE SARL; SKYPE TECHNOLOGIES, SA., AND MICROSOFT CORP. <br><br> Defendants. | Civil Action No.11-507-RGA <br><br> **JURY TRIAL DEMANDED** |

## NOTICE OF SERVICE

I, Daniel A. Griffith, Esquire, hereby certify that on April 23, 2012, a true and correct copy of *Via Vadis, LLC's Rule 26(a)(1) Initial Disclosures* were served via electronic mail and U.S. First Class Mail on the following counsel of record:

Jack B. Blumenfeld
Rodger Dallery Smith, II
Morris, Nichols, Arsht & Tunnell
1201 North Market Street
PO Box 1347
Wilmington, DE  19899

Douglas E. Lumish
Michael B. Eisenberg
Parker C. Ankrum
Stefan R. Stoyanov
Kasowitz, Benson, Torres & Friedman LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 94065

WHITEFORD TAYLOR PRESTON LLC

*/s/ Daniel A. Griffith*
Daniel A. Griffith, Esquire (#4209)
The Renaissance Centre, Suite 500
405 N. King Street
Wilmington, DE  19801
302.357.3254
dgriffith@wtplaw.com