IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIA VADIS, LLC,<br><br>Plaintiff,<br><br>v.<br><br>SKYPE, INC.; SKYPE COMMUNICATIONS SARL; SKYPE GLOBAL SARL; SKYPE SOFTWARE SARL; and SKYPE TECHNOLOGIES, SA,<br><br>Defendants. | ) | C.A. No. 11-507 (RGA) |

**NOTICE OF SERVICE**

The undersigned hereby certifies that copies of *Skype's Initial Invalidity Contentions* were caused to be served on August 20, 2012, upon the following in the manner indicated:

Daniel A. Griffith, Esquire — *VIA ELECTRONIC MAIL*
WHITEFORD TAYLOR PRESTON LLC
405 North King Street
Wilmington, DE 19801-3700
*Attorneys for Plaintiff*

Martin M. Zoltick, Esquire — *VIA ELECTRONIC MAIL*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, NW, Suite 800
Washington, DC 20005
*Attorneys for Plaintiff*

Steven E. Tiller, Esquire — *VIA ELECTRONIC MAIL*
Edward M. Buxbaum, Esquire
WHITEFORD, TAYLOR & PRESTON, LLP
Seven Saint Paul Street, Suite 1500
Baltimore, MD 21202-1636
*Attorneys for Plaintiff*

Robert J. Weltchek, Esquire
WELTCHEK, MALLAHMA & WELTCHEK, LLC
2330 West Joppa Road, Suite 203
Lutherville, MD 21093
*Attorneys for Plaintiff*

*VIA ELECTRONIC MAIL*

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Rodger D. Smith II*

Jack B. Blumenfeld (#1014)
Rodger D. Smith II (#3778)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899-1347
(302) 658-9200
jblumenfeld@mnat.com
rsmith@mnat.com

*Attorneys for Defendants*

OF COUNSEL:

Douglas E. Lumish
Parker C. Ankrum
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
333 Twin Dolphin Drive, Suite 200
Redwood Shores, CA 95064

Michael B. Eisenberg
Stefan R. Stoyanov
KASOWITZ, BENSON, TORRES
& FRIEDMAN LLP
1633 Broadway
New York, NY 10019

August 21, 2012
4358346.1

**CERTIFICATE OF SERVICE**

I hereby certify that on August 21, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on August 21, 2012, upon the following in the manner indicated:

Daniel A. Griffith, Esquire *VIA ELECTRONIC MAIL*
WHITEFORD TAYLOR PRESTON LLC
405 North King Street
Wilmington, DE 19801-3700
*Attorneys for Plaintiff*

Martin M. Zoltick, Esquire *VIA ELECTRONIC MAIL*
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, NW, Suite 800
Washington, DC 20005
*Attorneys for Plaintiff*

Steven E. Tiller, Esquire *VIA ELECTRONIC MAIL*
Edward M. Buxbaum, Esquire
WHITEFORD, TAYLOR & PRESTON, LLP
Seven Saint Paul Street, Suite 1500
Baltimore, MD 21202-1636
*Attorneys for Plaintiff*

Robert J. Weltchek, Esquire *VIA ELECTRONIC MAIL*
WELTCHEK, MALLAHMA & WELTCHEK, LLC
2330 West Joppa Road, Suite 203
Lutherville, MD 21093
*Attorneys for Plaintiff*

*/s/ Rodger D. Smith II*

Rodger D. Smith II (#3778)