IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIA VADIS, LLC,  )<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>SKYPE, INC.; SKYPE  )<br>COMMUNICATIONS SARL;  )<br>SKYPE GLOBAL SARL; SKYPE  )<br>SOFTWARE SARL;  )<br>AND SKYPE TECHNOLOGIES, SA.,  )<br>)<br>)<br>Defendants.  )<br>) | Civil Action No.11-507-RGA<br><br>**JURY TRIAL DEMANDED** |

*JOINT CLAIM CONSTRUCTION STATEMENT*

The Parties, by their undersigned counsel, and pursuant to ¶7 of the Court's Scheduling Order entered on April 12, 2012, have conferred regarding the construction of the patent claims asserted in this case and submit this Joint Claim Construction Statement identifying the claim language from U.S. Patent Nos. RE40,521 ("the '521 patent") and 7,904,680 ("the '680 patent") that the parties believe require construction by the Court, along with the parties' proposed constructions. True and complete copies of these patents, as well as the cited portions of the prosecution history are attached hereto as Exhibits A though I.

**A.  Identification of Asserted Patents**

Based on public information available to it at the time it filed its original and amended complaints in this matter, Plaintiff asserted that Defendants infringe two United States Patents owned by it, U.S. Pat. Nos. RE40,521 ("the '521 patent) and 7,904,680 ("the '680 patent"). Having had the opportunity to review Defendants' source code and core technical documents

related to the asserted products, methods and systems during discovery in this matter, Plaintiffs intend to dismiss with prejudice all claims against the Defendants related to the '680 patent (Count II).[1] Plaintiff reserves the right to assert the '680 patent against the Defendants if evidence comes to light indicating that Defendants have modified or altered the products, methods or systems such that they fall within the scope of the '680 patent.

### B. Joint Claim Construction Chart[2]

| '521 Patent Claim Terms to be Construed | Plaintiff's Proposed Construction | Defendants' Proposed Construction |
|---|---|---|
| storage means<br><br>(Claims 1, 2, 4, 11, 16, 17, 30, 31, 33, 40, 44) | Plain and Ordinary Meaning to be construed in accordance with 35 U.S.C. §112, para. 6[3]<br><br>2:24-26<br>2:35-38<br>2:59-65<br>2:66-67<br>6:33-35<br>7:26-42<br>10:8-10<br>10:29-34<br>Figs. 1-4 | Subject to 112, 6<br><br><u>function</u>: storing<br><br><u>structure</u>: 7:26-35 (describing clusters, cells and fields) and 10:29-34 (describing non-volatile memories and random access memories)<br><br>7:26-35<br>10:29-34 |
| data transmission means<br><br>(Claims 1, 2, 4, 11, 16, 17, 30, 31, 33, 40, 44) | Plain and Ordinary Meaning to be construed in accordance with 35 U.S.C. §112, para. 6<br><br>3: 48-56<br>8: 5-13 | Subject to 112, 6<br><br><u>function</u>: transmitting data<br><br><u>structure</u>: 3:48-55 (describing conductive connections, bus systems, network) |

---

[1] As the '680 patent has not yet been dismissed from this matter, Defendants include proposed constructions for the '680 patent with their identification of supporting intrinsic evidence as Schedule 1 attached hereto.

[2] All references to column/line numbers will be to the '521 patent unless otherwise indicated.

[3] In its August 28, 2012 identification of claim terms and proposed construction, Via Vadis made no disclosures to Skype and stated only that it did "not believe that any of the claim terms/phrases of either of the patents at issue require construction by the Court." *See Exhibit J*. In an email dated September 4, 2012, Skype sought clarification that Via Vadis would not seek to provide any claim constructions. *See Exhibit K*. Here, however, for the first time, Via Vadis states that it is seeking to have a number of claim terms "construed in accordance with 35 U.S.C. §112, para. 6." This disclosure is untimely and prejudicial and, for that reason, Skype objects to all of Via Vadis's proposed constructions that include this language.

| | | |
|---|---|---|
| | 10: 4-8<br>Fig. 1<br>Fig. 3<br>Fig. 4 | 3:48-55 |
| detecting<br><br>(Claims 1, 2, 4, 11, 16, 17, 30, 31, 33, 40, 44) | Plain and Ordinary Meaning<br><br>2:24-30<br>2:42-48<br>4:15-20<br>4:25-30<br>4:42-56<br>5:66-6:3<br>18:32-37<br>18:57-65<br><br><br>'084 patent file history<br><br>- December 9, 2004 Non-Final Rejection<br>- April 8, 2005 Response to Office Action<br>- June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>- June 9, 2008 Notice of Allowance | discovering or measuring<br><br>4:42-48<br>18:27-65<br>22:60-24:67<br>26:30-67<br>29:29-32:15<br><br>'680 patent at 25:63-30:26.<br><br>'680 prosecution history: May 20, 2010 Reply to OA at 3. |
| parameters of the data transmission<br><br>(Claims 1, 2, 4, 11, 16, 17, 30, 31, 33, 40, 44) | Plain and Ordinary Meaning<br><br>3:3-9<br>3:39-47<br>4:15-24<br>5:28-33<br>5:57-65<br>9:6-11<br>20:37-64<br>23:51-25:31<br>26:15-19<br>26:30-67<br>Claim 25<br>Claim 50 | at least two performance characteristics describing the transmission<br><br>Abstract<br>1:24-67<br>2:1-12<br>2:23-34<br>3:39-47<br>3:63-4: 48<br>5:28-35<br>5:52-57<br>6:28-32<br>9:6-11<br>9:25-38 |

3

| | | |
|---|---|---|
| | '084 patent file history<br><br>• December 9, 2004 Non-Final Rejection<br>• April 8, 2005 Response to Office Action<br>• June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>• June 9, 2008 Notice of Allowance | 16:24-19:10<br>22:60-24:67<br>26:29-67<br>27:19-32:15<br><br>'680 patent prosecution history: May 20, 2010 Reply to OA at 3; Oct. 4, 2010 Interview Summary; Nov. 4, 2010 Amendment and Reply to Final Office Action at 10 |
| detecting prespecified parameters of the [for] data transmission<br><br>(Claims 1, 2, 4, 11, 16, 17, 30, 31, 33, 40, 44) | Plain and Ordinary Meaning<br><br>3:3-9<br>3:39-47<br>4:15-24<br>5:28-35<br>5:57-65<br>9:6-38<br>9:63-10:4<br>12: ("Pseudocode for Sending a Pseudoreliable Message PSM")<br>13:6-20<br>18:32-37<br>18:55-65<br>19:11-22<br>20:37-64<br>21:24-22:59<br>23:51-26:51<br><br>'084 patent file history<br><br>• December 9, 2004 Non-Final Rejection<br>• April 8, 2005 Response to Office Action<br>• June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>• June 9, 2008 Notice of Allowance | discovering or measuring at least two performance characteristics of the data transmission between the at least two data storage means and the computer unit<br><br>Abstract<br>1:24-67<br>2:1-12<br>2:23-34<br>3:39-47<br>3:63-4: 48<br>5:28-35<br>5:52-57<br>6:28-32<br>9:6-11<br>9:25-38<br>16:24-19:10<br>22:60-24:67<br>26:29-67<br>27:19-32:15.<br><br>'680 patent prosecution history: May 20, 2010 Reply to OA at 3; Oct. 4, 2010 Interview Summary; Nov. 4, 2010 Amendment and Reply to Final Office Action at 10 |

4

| | | |
|---|---|---|
| means for detecting prespecified parameters of the data transmission between the data storage means and the computer unit<br><br>(Claims 1, 2, 4, 11, 16, 17) | Plain and Ordinary Meaning to be construed in accordance with 35 U.S.C. §112, para. 6<br><br>3:3-9<br>3:39-47<br>4:15-24<br>5:28-35<br>5:57-65<br>9:6-38<br>9:63-10:4<br>12: ("Pseudocode for Sending a Pseudoreliable Message PSM")<br>13:6-20<br>18:32-37<br>18:55-65<br>19:11-22<br>20:37-64<br>21:24-22:59<br>23:51-25:31<br>26:11-51 | Subject to 112, 6.<br><br><u>function</u>: "detecting prespecified parameters of the data transmission between the data storage means and the computer unit"<br><br><u>structure</u>: 26:30-39 (describing a counter or timer)<br><br>26:30-39 |
| with data being preferably stored in a redundant manner in the data storage means as a function of said detected prespecified parameters<br><br>(Claims 1, 2, 4, 11, 16, 17) | Plain and Ordinary Meaning<br><br>2:42-53<br>2:59-65<br>3:3-9<br>3:39-47<br>4:15-24<br>4:61-67<br>5:1-6<br>5:28-35<br>5:57-65<br>8:63-9:5<br>9:6-38<br>9:63-10:4<br>12: ("Pseudocode for Sending a Pseudoreliable Message PSM")<br>13:6-20<br>18:32-37<br>18:55-65<br>19:11-22<br>20:37-64<br>21:24-22:59<br>23:51-25:31 | Indefinite |

| | | |
|---|---|---|
| | 26:11-51<br><br>'084 patent file history<br><br>- December 9, 2004 Non-Final Rejection<br>- April 8, 2005 Response to Office Action<br>- June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>- June 9, 2008 Notice of Allowance | |
| accessing one of the data storage means as a function of said detected prespecified parameters<br><br>the access to the data being effected as a function of the determined prespecified parameters of the data transmission<br><br>(Claims 1, 2, 4, 11, 16, 17, 30, 31, 33, 40, 44) | Plain and Ordinary Meaning<br><br>2:24-30<br>4:41-48<br>19:11-20:64<br>21:24-26:10<br>Figs. 1-4<br><br>'084 patent file history<br><br>- December 9, 2004 Non-Final Rejection<br>- April 8, 2005 Response to Office Action<br>- June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>- June 9, 2008 Notice of Allowance | accessing an optimal data storage means as a function of the detected prespecified parameters<br><br>Abstract;<br>1:24-67<br>2:1-12<br>2:23-34<br>3:39-47<br>3:63-4:48<br>5:28-35<br>5:52-57<br>6:28-32<br>9:26-38<br>16:24-19:10<br>22:60-24:67<br>26:29-67<br>27:19-32:15<br><br>'680 patent prosecution history: May 20, 2010 Reply to OA at 3; Oct. 4, 2010 Interview Summary; Nov. 4, 2010 Amendment and Reply to Final Office Action at 10 |
| detecting prespecified parameters for data transmissions between said [the] data storage means | Plain and Ordinary Meaning<br><br>3:3-9<br>3:39-47 | discovering or measuring at least two performance characteristics of the data transmission between the at |

6

| | | |
|---|---|---|
| (Claims 1, 2, 4, 11, 16, 17, 30, 31, 33, 40, 44) | 4:15-24<br>5:28-35<br>5:57-65<br>9:6-38<br>9:63-10:4<br>12: ("Pseudocode for Sending a Pseudoreliable Message PSM")<br>13:6-20<br>18:32-37<br>18:55-65<br>19:11-22<br>20:37-64<br>21:24-22:59<br>23:51-25:31<br>26:11-51<br><br>'084 patent file history<br><br>• December 9, 2004 Non-Final Rejection<br>• April 8, 2005 Response to Office Action<br>• June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>• June 9, 2008 Notice of Allowance | least two data storage means<br><br>Abstract<br>1:24-67<br>2:1-12<br>2:23-34<br>3:39-47<br>3:63-4:48<br>5:28-35<br>5:52-57<br>6:28-32<br>9:6-11<br>9:25-38<br>16:24-19:10<br>22:60-24:67<br>26:29-67<br>27:19-32:15.<br>'680 patent prosecution history: May 20, 2010 Reply to OA at 3; Oct. 4, 2010 Interview Summary; Nov. 4, 2010 Amendment and Reply to Final Office Action at 10 |
| second means for detecting prespecified parameters of the data transmission between said data storage means<br><br>(Claims 1, 2, 4, 11, 16, 17) | Plain and Ordinary Meaning to be construed in accordance with 35 U.S.C. §112, para. 6<br><br>3:3-9<br>3:39-47<br>4:15-24<br>5:28-35<br>5:57-65<br>9:6-38<br>9:63-10:4<br>12: ("Pseudocode for Sending a Pseudoreliable Message PSM")<br>13:6-20<br>18:32-37 | Subject to 112, 6.<br><br>function: "detecting prespecified parameters of the data transmission between said data storage means"<br><br>structure: indefinite for lack of structure |

7

| Term | Construction | Defendants' Position |
|---|---|---|
| | 18:55-65<br>19:11-22<br>20:37-64<br>21:24-22:59<br>23:51-25:31<br>26:11-51<br>27:8-12 | |
| wherein [t]he data storage means copies data which is redundantly stored in the system independent of an access of the computer unit as a function of the detected prespecified parameters of data transmission between the data storage means<br><br>(Claims 1, 2, 4, 11, 16, 17) | Plain and Ordinary Meaning<br><br>2:42-46<br>2:54-56<br>4:51-55<br>4:57-60<br>19:11-20:64<br>21:24-26:10<br><br>'084 patent file history<br><br>• December 9, 2004 Non-Final Rejection<br>• April 8, 2005 Response to Office Action<br>• June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>• June 9, 2008 Notice of Allowance | Indefinite |
| shifting redundantly stored data independent of an access of the computer unit to the data as a function of the determined prespecified parameters of data transmissions between the data storage means<br><br>(Claims 30, 31, 33, 40, 44) | Plain and Ordinary Meaning<br><br>2:42-53<br>2:54-56<br>4:51-56<br>4:57-60<br>9:25-37<br>19:11-20:64<br>21:24-26:51<br><br>'084 patent file history<br><br>• December 9, 2004 Non-Final Rejection<br>• April 8, 2005 Response | Indefinite |

| | | |
|---|---|---|
| | to Office Action<br>• June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>• June 9, 2008 Notice of Allowance | |
| process[ing] / process[ed]<br><br>(Claims 4, 11, 33, 40) | Plain and Ordinary Meaning<br><br>2:38-41<br>2:54-59<br>3:21-32<br>3:39-44<br>4:11-15<br>4:34-41<br>4:57-60<br>5:13-23<br>5:45-51<br>6:10-17<br>8:5-10<br>9:19-24<br>9:51-62<br>10:24-34<br>10:48-51<br>12:11-18<br>13:5-49<br>19:61-65<br>22:10-15<br>24:40-43<br><br>'084 patent file history<br><br>• December 9, 2004 Non-Final Rejection<br>• April 8, 2005 Response to Office Action<br>• June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>• June 9, 2008 Notice of Allowance | to modify using computer instructions<br><br>1:26-29<br>2:35-41<br>3:26-32<br>4:11-14<br>4:30-40<br>5:45-50<br>8:5-8 |

| | | |
|---|---|---|
| with prespecified parameters of the data transmission between the data storage means and the computer unit being determined<br><br>(Claims 30, 31, 33, 40, 44) | Plain and Ordinary Meaning<br><br>3:3-9<br>3:39-47<br>4:15-24<br>5:28-35<br>5:57-65<br>9:6-24<br>9:63-10:4<br>12: ("Pseudocode for Sending a Pseudoreliable Message PSM")<br>13:6-20<br>18:32-37<br>18:55-65<br>19:11-22<br>20:37-64<br>21:24-22:59<br>23:51-26:10<br><br><br>'084 patent file history<br><br>• December 9, 2004 Non-Final Rejection<br>• April 8, 2005 Response to Office Action<br>• June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>• June 9, 2008 Notice of Allowance | discovering or measuring at least two performance characteristics of the data transmission between the at least two data storage means and the computer unit<br><br>Abstract<br>1:24-67<br>2:1-12<br>2:23-34<br>3:39-47<br>3:63-4:48<br>5:28-35<br>5:52-57<br>6:28-32<br>9:6-11<br>9:25-38<br>16:24-19:10<br>22:60-24:67<br>26:29-67<br>27:19-32:15<br><br>'680 patent prosecution history: May 20, 2010 Reply to OA at 3; Oct. 4, 2010 Interview Summary; Nov. 4, 2010 Amendment and Reply to Final Office Action at 10 |
| shifting<br><br>(Claims 30, 31, 33, 40, 44) | Plain and Ordinary Meaning<br><br>2:42-53<br>2:54-56<br>4:51-56<br>4:57-60<br>9:25-37<br>19:11-20:64<br>21:24-26:51<br><br>'084 patent file history | copying data to a new location and deleting it from the prior location<br><br>Abstract<br>2:42-54<br>4:51-56<br>9:25-37<br>18:17-21<br>20:11-38<br>26:11-27:12<br>27:20-32:15 |

10

|  | • December 9, 2004 Non-Final Rejection<br>• April 8, 2005 Response to Office Action<br>• June 29, 2005 Notice of Allowance<br><br>'521 patent file history<br><br>• June 9, 2008 Notice of Allowance | Fig. 2 |
|---|---|---|

Respectfully submitted,

/s/ Daniel A. Griffith
Daniel A. Griffith (DE# 4209)
Whiteford, Taylor & Preston LLC
1220 North Market Street
Suite 608
Wilmington, Delaware 19801
(302) 353-4144
dgriffith@wtplaw.com


Edward M. Buxbaum (*admitted pro hac*)
Steven E. Tiller (*admitted pro hac*)
Whiteford, Taylor & Preston L.L.P.
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
ebuxbaum@wtplaw.com
stiller@wtplaw.com

Martin M. Zoltick (*admitted pro hac*)
ROTHWELL, FIGG, ERNST & MANBECK, P.C.
607 14th Street, NW
Suite 800
Washington, DC 20005

(202) 783-6040
mzoltick@rothwellfigg.com

Robert J. Weltchek (*admitted pro hac*)
WELTCHEK MALLAHAN & WELTCHEK
2330 West Joppa Road, Suite 203
Lutherville, Maryland 21093
410-825-5287
rweltcheck@wmwlawfirm.com

***Attorneys for Plaintiff***

      /s/ Jack B. Blumenfeld
Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
jblumenfeld@mnat.com

***Attorneys for Defendants***

*2020662*