IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIA VADIS CONTROLLING GMBH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | C.A. No. 11-507 (RGA) |
| ) | |
| SKYPE, INC.; SKYPE COMMUNICATIONS ) | |
| SARL; SKYPE GLOBAL SARL; SKYPE ) | |
| SOFTWARE SARL; and SKYPE ) | |
| TECHNOLOGIES, SA, ) | |
| ) | |
| Defendants. ) | |

## NOTICE OF SERVICE

The undersigned hereby certifies that copies of *Skype's Second Supplemental Invalidity Contentions* were caused to be served on October 26, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Daniel A. Griffith, Esquire<br>WHITEFORD TAYLOR PRESTON LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Martin M. Zoltick, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>607 14th Street, NW, Suite 800<br>Washington, DC 20005<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Edward M. Buxbaum, Esquire<br>Steven E. Tiller, Esquire<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>Seven Saint Paul Street, Suite 1500<br>Baltimore, MD 21202-1636<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

Robert J. Weltchek, Esquire  *VIA ELECTRONIC MAIL*
WELTCHEK, MALLAHMA & WELTCHEK, LLC
2330 West Joppa Road, Suite 203
Lutherville, MD  21093
*Attorneys for Plaintiff*

        MORRIS, NICHOLS, ARSHT & TUNNELL LLP

        */s/ Rodger D. Smith II*
        Jack B. Blumenfeld (#1014)
        Rodger D. Smith II (#3778)
        1201 North Market Street
        P.O. Box 1347
        Wilmington, DE  19899-1347
        (302) 658-9200
        jblumenfeld@mnat.com
        rsmith@mnat.com

OF COUNSEL:          *Attorneys for Defendants*

Douglas E. Lumish
Parker C. Ankrum
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
333  Twin Dolphin Drive, Suite 200
Redwood Shores, CA 95064
(650) 453-5170

Michael B. Eisenberg
Stefan R. Stoyanov
KASOWITZ, BENSON, TORRES
  & FRIEDMAN LLP
1633 Broadway
New York, NY 10019
(212) 506-1700

October 26, 2012
6596175.1

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on October 26, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Daniel A. Griffith, Esquire<br>WHITEFORD TAYLOR PRESTON LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE  19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Martin M. Zoltick, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>607 14th Street, NW, Suite 800<br>Washington, DC  20005<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Edward M. Buxbaum, Esquire<br>Steven E. Tiller, Esquire<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>Seven Saint Paul Street, Suite 1500<br>Baltimore, MD  21202-1636<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Robert J. Weltchek, Esquire<br>WELTCHEK, MALLAHMA & WELTCHEK, LLC<br>2330 West Joppa Road, Suite 203<br>Lutherville, MD  21093<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

*/s/ Rodger D. Smith II*
Rodger D. Smith II (#3778)