IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| VIA VADIS, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | DECLARATION OF |
| | ) | MICHAEL B. EISENBERG |
| SKYPE, INC., SKYPE COMMUNICATIONS SARL; SKYPE GLOBAL SARL; SKYPE SOFTWARE SARL; and SKYPE TECHNOLOGIES, SA, | ) ) ) ) | IN SUPPORT OF SKYPE'S MOTION TO STRIKE Civil Action No. 11-507 (RGA) |
| | ) | |
| Defendants. | ) | |
| | ) | |

I, Michael B. Eisenberg, declare as follows:

1. I am an attorney at the law firm of Kasowitz, Benson, Torres & Friedman LLP, counsel for Defendants Skype, Inc., Skype Communications SARL; Skype Global SARL; Skype Software SARL; and Skype Technologies, SA (collectively referred to as "Skype") in the above-captioned action. I have knowledge of the facts stated in this affidavit, and make this affidavit in support of defendants' motion to strike Via Vadis LLC's ("Via Vadis") untimely disclosed proposed claim constructions.

2. Pursuant to Federal Rule of Civil Procedure 26(c), I certify that Skype has in good faith conferred with Plaintiff in an effort to resolve the dispute without court action, but was not able to reach an agreement. On September 25, 2012, I had a meet and confer teleconference with Mr. Steven Tiller, counsel for Via Vadis, regarding preparation for the joint claim construction statement. The entire teleconference lasted approximately 10 minutes, during which Mr. Tiller neither presented any construction nor adopted Skype's proposed constructions.

3. The only substantive achievement of the September 25, 2012 meet and confer meeting was that Via Vadis agreed to drop U.S. Patent No. 7,904,680 from this action.

I declare under penalty of perjury that the foregoing is true and correct.

New York, New York  
Dated: November 19, 2012

Respectfully submitted,

By: */s/ Michael B. Eisenberg*  
Michael B. Eisenberg

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2012, I caused the foregoing to be electronically filed with the Clerk of the Court using CM/ECF, which will send notification of such filing to all registered participants.

I further certify that I caused copies of the foregoing document to be served on November 20, 2012, upon the following in the manner indicated:

| | |
|---|---|
| Daniel A. Griffith, Esquire<br>WHITEFORD TAYLOR PRESTON LLC<br>The Renaissance Centre<br>405 North King Street, Suite 500<br>Wilmington, DE 19801<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Martin M. Zoltick, Esquire<br>ROTHWELL, FIGG, ERNST & MANBECK, P.C.<br>607 14th Street, NW, Suite 800<br>Washington, DC 20005<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Edward M. Buxbaum, Esquire<br>Steven E. Tiller, Esquire<br>WHITEFORD, TAYLOR & PRESTON, LLP<br>Seven Saint Paul Street, Suite 1500<br>Baltimore, MD 21202-1636<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |
| Robert J. Weltchek, Esquire<br>WELTCHEK, MALLAHMA & WELTCHEK, LLC<br>2330 West Joppa Road, Suite 203<br>Lutherville, MD 21093<br>*Attorneys for Plaintiff* | *VIA ELECTRONIC MAIL* |

/s/ *Rodger D. Smith II*
_____
Rodger D. Smith II (#3778)