# MORRIS, NICHOLS, ARSHT & TUNNELL LLP

1201 NORTH MARKET STREET
P.O. BOX 1347
WILMINGTON, DELAWARE 19899-1347

302 658 9200
302 658 3989 FAX

RODGER D. SMITH II
302 351 9205
302 498 6209 Fax
rsmith@mnat.com

December 21, 2012

The Honorable Richard G. Andrews                    *VIA ELECTRONIC FILING*
United States District Court
 For the District of Delaware
844 North King Street
Wilmington, DE 19801

    Re:   *Via Vadis, LLC v. Skype, Inc. et al.*, C.A. No. 11-507 (RGA)

Dear Judge Andrews:

    Briefing has been completed on the Skype Defendants' Motion To Strike Via Vadis's Untimely Disclosed Proposed Claim Constructions (D.I. 90). Pursuant to D. Del. LR 7.1.4, the Skype Defendants respectfully request argument on this motion.

    Respectfully,

    Rodger D. Smith II (#3778)

RDS/bac

cc:   Clerk of Court (Via Hand Delivery)
       Counsel of Record (Via Electronic Mail)