IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| VIA VADIS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> SKYPE, INC.; SKYPE ) <br> COMMUNICATIONS SARL; ) <br> SKYPE GLOBAL SARL; SKYPE ) <br> SOFTWARE SARL; ) <br> AND SKYPE TECHNOLOGIES, SA., ) <br> ) <br> Defendants. ) <br> ) | Civil Action No.11-507-RGA |

### *STIPULATION OF DISMISSAL WITH PREJUDICE*

Via Vadis hereby agrees to dismiss with prejudice its claims against Defendants Skype, Inc., Skype Communications Sarl, Skype Global Sarl; Skype Software Sarl and Skype Technologies, Sa. ("the Skype Defendants"). The Skype Defendants, having no counterclaims, agree that the above-titled action shall be dismissed in its entirety, but reserve all affirmative defenses, including defenses of non-infringement, invalidity, and unenforceability.

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, and pursuant to Fed. Rule Civ. Proc. 41(a)(1)(A)(ii), that the above-titled action is hereby dismissed with prejudice in its entirety, with each party bearing its own costs and fees. To the extent that affirmative defenses are affected by this dismissal, such affirmative defenses are dismissed without prejudice.

Respectfully submitted,

_____/s/ Daniel A. Griffith_____
Daniel A. Griffith (DE# 4209)
Whiteford, Taylor & Preston LLP
405 N. King Street, Suite 500
Wilmington, Delaware 19801
(302) 357-3254
dgriffith@wtplaw.com

Edward M. Buxbaum (*admitted pro hac*)
Steven E. Tiller (*admitted pro hac*)
Whiteford, Taylor & Preston LLP
Seven Saint Paul Street
Baltimore, Maryland 21202-1636
(410) 347-8700
ebuxbaum@wtplaw.com
stiller@wtplaw.com

Martin M. Zoltick (*admitted pro hac*)
Rothwell, Figg, Ernst & Manbeck, P.C.
607 14th Street, NW
Suite 800
Washington, DC 20005
(202) 783-6040
mzoltick@rothwellfigg.com

Robert J. Weltchek (*admitted pro hac*)
Weltchek Mallahan & Weltchek
2330 West Joppa Road, Suite 203
Lutherville, Maryland 21093
410-825-5287
rweltcheck@wmwlawfirm.com
***Attorneys for Plaintiff***

_____/s/ Jack B. Blumenfeld_____
Jack B. Blumenfeld
Morris Nichols Arsht & Tunnell LLP
1201 North Market Street
P.O. Box 1347
Wilmington, Delaware 19899-1347
jblumenfeld@mnat.com

***Attorneys for Defendants***

So Ordered this 17th day of January, 2013.

_Richard G Andrews_
USDJ